1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California 90212
7  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMILA SAINI, an individual, SANDEEP BAWEJA, an individual, ALEXANDRU MIHALACHE, an individual, and JOHN DOES 1-4 D/B/A TRADEPOKERCHIPS.COM,<br><br>Defendants. | **CASE NO. CV-09:5373 SI**<br><br>**[PROPOSED] ORDER AUTHORIZING PLAINTIFF TO SERVE DEFENDANT MIHALACHE BY ELECTRONIC MAIL AND CONTINUING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") motion |
| 2 | for leave to serve defendant Alexandru Mihalache ("Defendant Mihalache") by electronic mail |
| 3 | ("email"), as well as the supporting declaration of Christopher Varas and the exhibits attached |
| 4 | thereto, and the other pleadings and submissions on file in this case, hereby GRANTS Zynga's |
| 5 | motion. |

      The Court finds that service by email on Defendant Mihalache is not prohibited by any international agreement, and that such service satisfies the requirements of due process.

      Zynga is hereby authorized to serve process on the Defendant Mihalache by sending English-language copies of the summons, complaint, this Order, and the other documents required by Civil Local Rule 4-2 simultaneously to the following email addresses: <asi_fan@yahoo.com>; <alexxxppp@gmail.com>; <acs@wedo.ro>; <blackdog009@yahoo.com>; <ptcomenzi@gmail.com>; <acs@wedo.ro>; <alex.mi88@yahoo.com>; <prabhatsaini@hotmail.com>; <fbchiptrader@yahoo.com>; <sraina005@gmail.com>; <chips.fun@gmail.com>; <jamesmerchantjr@gmail.com>; <admin@anychips.net>; and <sonyrom@yahoo.com>. Service shall be deemed effective as of the date the aforementioned emails are sent, and the Defendant Mihalache shall answer or otherwise respond to Zynga's complaint no later than twenty-one (21) days after that date. Unless and until Defendant Mihalache appears in this matter and provides additional service information, Zynga is authorized to serve Defendant Mihalache with any further documents in this case by emailing such documents in English to the email addresses specified above. Service of such documents shall be deemed to be effective on the date the emails are sent.

//
//
//
//

- 1 -

CASE NO. CV-09:5373 SI
[PROPOSED] ORDER AUTHORIZING
PLAINTIFF TO SERVE DEFENDANT
MIHALACHE BY ELECTRONIC MAIL AND
CONTINUING CASE MANAGEMENT CONFERENCE

1   It is further ORDERED that the Initial Case Management Conference in this matter shall be
2   continued until Friday, May 7, 2010 at 2:00 p.m.  All other dates related to the Initial Case
3   Management Conference are hereby continued accordingly.
4   IT IS SO ORDERED.

        ENTERED THIS ____ DAY OF _____, 2010


                                    _____
                                    THE HONORABLE SUSAN ILLSTON,
                                    UNITED STATES DISTRICT COURT JUDGE

- 2 -

CASE NO. CV-09:5373 SI
[PROPOSED] ORDER AUTHORIZING
PLAINTIFF TO SERVE DEFENDANT
MIHALACHE BY ELECTRONIC MAIL AND
CONTINUING CASE MANAGEMENT CONFERENCE