Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROMILA SAINI, an individual, SANDEEP BAWEJA, an individual, ALEXANDRU MIHALACHE, an individual, and JOHN DOES 1-4 D/B/A TRADEPOKERCHIPS.COM,<br><br>Defendants. | **CASE NO. CV-09:5373 SI**<br><br>**[PROPOSED] ORDER AUTHORIZING PLAINTIFF TO SERVE DEFENDANT MIHALACHE BY ELECTRONIC MAIL AND CONTINUING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") motion |
| 2 | for leave to serve defendant Alexandru Mihalache ("Defendant Mihalache") by electronic mail |
| 3 | ("email"), as well as the supporting declaration of Christopher Varas and the exhibits attached |
| 4 | thereto, and the other pleadings and submissions on file in this case, hereby GRANTS Zynga's |
| 5 | motion. |
| 6 | The Court finds that service by email on Defendant Mihalache is not prohibited by any |
| 7 | international agreement, and that such service satisfies the requirements of due process. |
| 8 | Zynga is hereby authorized to serve process on the Defendant Mihalache by sending English- |
| 9 | language copies of the summons, complaint, this Order, and the other documents required by Civil |
| 10 | Local Rule 4-2 simultaneously to the following email addresses: <asi_fan@yahoo.com>; |
| 11 | <alexxxppp@gmail.com>; <acs@wedo.ro>; <blackdog009@yahoo.com>; |
| 12 | <ptcomenzi@gmail.com>; <acs@wedo.ro>; <alex.mi88@yahoo.com>; |
| 13 | <prabhatsaini@hotmail.com>; <fbchiptrader@yahoo.com>; <sraina005@gmail.com>; |
| 14 | <chips.fun@gmail.com>; <jamesmerchantjr@gmail.com>; <admin@anychips.net>; and |
| 15 | <sonyrom@yahoo.com>. Service shall be deemed effective as of the date the aforementioned |
| 16 | emails are sent, and the Defendant Mihalache shall answer or otherwise respond to Zynga's |
| 17 | complaint no later than twenty-one (21) days after that date. Unless and until Defendant Mihalache |
| 18 | appears in this matter and provides additional service information, Zynga is authorized to serve |
| 19 | Defendant Mihalache with any further documents in this case by emailing such documents in |
| 20 | English to the email addresses specified above. Service of such documents shall be deemed to be |
| 21 | effective on the date the emails are sent. |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | |
| 27 | - 1 - |
| 28 | |

1       It is further ORDERED that the Initial Case Management Conference in this matter shall be

2 continued until Friday, May 7, 2010 at ~~2:00~~ 2:30 p.m.  All other dates related to the Initial Case

3 Management Conference are hereby continued accordingly.

4 IT IS SO ORDERED.

7       ENTERED THIS ____ DAY OF _____, 2010

10       _____
*(signed) Susan Illston*
THE HONORABLE SUSAN ILLSTON,
UNITED STATES DISTRICT COURT JUDGE

- 2 -

CASE NO. CV-09:5373 SI
[PROPOSED] ORDER AUTHORIZING
PLAINTIFF TO SERVE DEFENDANT
MIHALACHE BY ELECTRONIC MAIL AND
CONTINUING CASE MANAGEMENT CONFERENCE