Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROMILA SAINI, an individual, SANDEEP BAWEJA, an individual, ALEXANDRU MIHALACHE, an individual, and JOHN DOES 1-4 D/B/A TRADEPOKERCHIPS.COM, <br><br> Defendants. | **CASE NO. CV 09-5373 SI** <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1 THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") motion to continue the initial Case Management Conference in this case, and finding good cause, hereby GRANTS Zynga's motion.

It is hereby ORDERED that the initial Case Management Conference in this case shall be continued until Friday, October 7, 2010 at 2:30 p.m. ~~2:00 p.~~m.  All other deadlines related to the initial Case Management Conference, including all ADR deadlines, are continued accordingly.

IT IS SO ORDERED

ENTERED THIS ____ DAY OF _____, 2010

_____
THE HONORABLE SUSAN ILLSTON,
UNITED STATES DISTRICT COURT JUDGE

- 1 -

CASE NO. CV 09-5373 SI
[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE